## LANHAM *v.* WOODS ET AL.

[No. 21,047. Filed March 31, 1908.]

From Boone Circuit Court; *Frank E. Hutchinson*, Special Judge.

Application for liquor license by George B. Lanham, against which William J. Woods and others remonstrate. From a judgment for remonstrants, the applicant appeals. *Reversed.*

*Albert C. Pearson*, for appellant.
*Doan & Orbison*, for appellees.

MONTGOMERY, J.—This cause originated in Hamilton county, and was reversed upon a former appeal. *Lanham* v. *Woods* (1906), 167 Ind. 398. A change of venue was taken, and upon motion of appellees the proceeding was dismissed, upon the assumed ground that regulation of the liquor traffic by the State through the present license laws is in violation of the state and federal Constitutions. This court has finally settled this question, and upon the authority of *Sopher* v. *State* (1907), 169 Ind. 177, the judgment of the Boone Circuit Court must be reversed.

The judgment is reversed, with directions to overrule appellees' motion to dismiss the action, and for further proceedings in harmony with this decision.